UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD POLLICK,

        Plaintiff,

                                                    Case Number 11-12420-BC
v.                                                  Honorable Thomas L. Ludington

KIMBERLY-CLARK CORP.,

        Defendant.

        _____ /

## **JUDGMENT**

      In accordance with the order granting the defendant's motion to dismiss entered on this date,

      It is **ORDERED AND ADJUDGED** that judgment is granted in favor of the defendant and against the plaintiff.

      It is further **ORDERED AND ADJUDGED** that the complaint is **DISMISSED WITH PREJUDICE.**

                                                          s/Thomas L. Ludington
                                                          THOMAS L. LUDINGTON
                                                           United States District Judge

Dated: September 23, 2011

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 23, 2011.

                                              s/Tracy A. Jacobs
                                              TRACY A. JACOBS